**IN RE: Nomination Papers of**
**D. AMATO (Herbert)**

**1138 CD 2017**

Commonwealth Court of Pennsylvania.

09/14/2017

Berks County Civil Division, 17–15167

Vacated/Remanded

**WRIGHT, J.**

v.

**PBPP**

**2037 CD 2016**

Commonwealth Court of Pennsylvania.

09/14/2017

Board of Probation & Parole, Parole No.
889–CE

Affirmed

**COLLINS, E., et al.**

v.

**CRAGO, E., et al.**

**1876 CD 2016**

Commonwealth Court of Pennsylvania.

9/15/2017

Dauphin County Civil Division, 2005–
CV–1060–CV

Affirmed/Reversed/Remanded

**CAMERINO, M., et al.**

v.

**DHS**

**125 CD 2016**

Commonwealth Court of Pennsylvania.

09/18/2017

Department of Human Services, Bureau
of Hearings and Appeals, 360443741–001

Affirmed

**ZITO, M.**

v.

**WCAB (NE PA HEALTH ALLIANCE)**

**138 CD 2017**

Commonwealth Court of Pennsylvania.

09/14/2017

Workers' Compensation Appeal Board,
A16–0771

Affirmed